UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/10
```

STANLEY ROBINSON, *et al.*,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

No. 10 Civ. 2857 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT the initial/pre-motion conference scheduled for June 4, 2010 is hereby adjourned until June 11, 2010 at 10:00 a.m. The parties shall comply with all other deadlines in the Court's initial order.

SO ORDERED.

DATED:    May 3, 2010
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE